34 So.3d 143 (2010)
The STATE of Florida, Appellant,
v.
A.E., a juvenile, Appellee.
No. 3D09-1059.
District Court of Appeal of Florida, Third District.
April 21, 2010.
Bill McCollum, Attorney General, and Heidi Milan Caballero, Assistant Attorney General, for appellant.
Carlos J. Martinez, Public Defender, and Howard K. Blumberg, Assistant Public Defender, Jessica Del Valle and Aileen Peñate, Certified Legal Interns, for appellee.
Before RAMIREZ, C.J., and GERSTEN, J., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Hatcher v. State, 15 So.3d 929 (Fla. 1st DCA 2009); Tarver v. State, 961 So.2d 1094 (Fla. 2d DCA 2007); Green v. State, 831 So.2d 1243 (Fla. 2d DCA 2002); McGowan v. State, 778 So.2d 354 (Fla. 2d DCA 2001); Bell v. State, 792 So.2d 608 (Fla. 4th DCA 2001); Edwards v. State, 532 So.2d 1311 (Fla. 1st DCA 1988).